```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF MICHIGAN
                              SOUTHERN DIVISION
```

JOHN BUHL,

    Plaintiff,                         Case No:_____

-VS-                                 Honorable:_____

UNKNOWN OAKLAND CO COMMISSIONERS, et al,
UNKNOWN OAKLAND CO SHERIFF DEPUTIES, et al
UNKNOWN STATE COMMON GROUND EMPLOYEES et al
AND LINDA S. HALLMARK,

    Defendants,

_____/

Case: 2:24−cv−12192
Assigned To : Michelson, Laurie J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 8/20/2024
Description: CMP John Buhl v. John Doe, et al. (JH)

**COMPLAINT FOR CIVIL ACTION**

    NOW COMES, JOHN BUHL, Plaintiff presently filing in Pro Per, and forma pauperis, Who hereby moves this Honorable United States District Court For Eastern District of Michigan, Southern Division, pursuant to 42 U.S.C. 1981 et seq through 42 USC 1986 et seq; Federal Common Law; and/or any/all other applicable Federal Statutes on violations of Federal Civil Rights and Federal Law as determined by the U.S. Supreme Court, by filing this herein meritorious Plaintiff's Federal Complaint For Civil Action, based upon any/all of the following:

**JURISDICTION**

    (1) This Plaintiff states that he resides within this Honorable United States District Court For Eastern District of Michigan, Southern Division's Jurisdiction, and that Defendant(s) et al violated and/or conspired to violate this Plaintiff's of his clearly established Federal Civil Rights, Federal Law and Federal Constitutional Rights within this Honorable United States District

1

Court For Eastern District of Michigan, Southern Division Jurisdiction. See 28 USC 1343.

## PARTIES PRESENTED

(2) That Plaintiff JOHN BUHL is a Free U.S. Citizen that resides at 4356 Lotus Drive, Waterford, Mich 48329. Who possesses the capacity to sue the Defendants et at for blatantly violating and/or conspiring to violate the Plaintiff's clearly established Federal Civil Rights, Federal Statutes/Laws, and their U.S. Constitutional Rights protected under Federal Equal Protection of Law as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

(3) That Defendant UNKNOWN OAKLAND CO SHERIFF DEPT DEPUTIES et al resides at the Oakland Co Sheriff Department, 1201 N. Telegraph Rd, Pontiac, Mich 48341. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacities, and individual-capacities for blatantly violating and/or conspiring to violate clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

(4) That Defendant UNKNOWN STATE COMMON GROUND EMPLOYEES et al, at 1200 N. Telegraph Rd., 32E, Pontiac, Mich 48341. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacities, and individual-capacities for blatantly violating and/or conspiring to violate clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

(5) That Defendant Oakland Co Probate Judge- <u>LINDA S. HALLMARK</u>, at Oakland Co Probate Court, 1200 N. Telegraph Rd, Pontiac, Mich 48341. Who possesses the capacity to be sued for acting outside the color of State Law <u>Maliciously and Corruptly without Subject Matter Jurisdiction</u> for blatantly violating and/or conspiring to violate clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Claims For Action as determined by the U.S. Supreme Court.

**FIRST FEDERAL CLAIM FOR ACTION**

(6) On <u>JUNE 1,2023</u>, This Plaintiff states as his claim upon which relief should be granted is based upon the fact. The Defendant(s) Unknown Oakland Co Sheriff Dept Officer(s) et al unlawfully acted with deliberate indifference, gross negligence to cause harm/injury by filing a "Petition For Mental Health Treatment" for this Plaintiff to be unlawfully committed for a psychological evaluation and being involuntary forced into non-consensual treatment/medication(ie, stripped nude, and involuntarily forced to approximately 6-7 unknown substance injections, etc) that was not supported/based upon by probable cause, or being a danger to self or the public. After this Plaintiff engaging in his First Amendment Right to Free Speech for writing the Defendants Unknown Oakland Co Commissioner's et al letters, complaints, and free speech that the Defendants Unknown Oakland Co Commissioner's et al were corrupt, engaged in treason, misappropriating county funds etc. Said Defendants et al violated and conspired violate this Plaintiff's Rights to Free Speech, Liberty, and deprive this Plaintiff of equal Protection Due Process of Law.

(7) On JUNE 1,2023, This Plaintiff states as his claim upon which relief should be granted is based upon the fact. The Defendant Oakland Co Probate Judge Linda Hallmark knowingly acted corruptly and maliciously without subject matter jurisdiction, and unlawfully issued a "Order For Examination/Transportation" based upon the The Defendant(s) Unknown Oakland Co Sheriff Dept Officer(s) et al unlawfully filed a "Petition For Mental Health Treatment" in bad faith for this Plaintiff to sffere a wanton infliction of pain and suffering, and mental distress for this Plaintiff to be unlawfully committed at Defendant Common Ground in Pontiac, for a psychological evaluation and being involuntary forced into non-consensual treatment/medication(ie, stripped nude, and involuntarily forced to approximately 6-7 unknown substance injections, etc) that was not supported/based upon by probable cause, or being a danger to self or the public. After this Plaintiff engaging in his First Amendment Right to Free Speech for writing the Defendants Unknown Oakland Co Commissioner's et al  letters, complaints, and free speech that the Defendants Unknown Oakland Co Commissioner's et al were corrupt, engaged in treason, misappropriating county funds etc. Said Defendants et al violated and conspired violate this Plaintiff's Rights to Free Speech, Liberty, and deprive this Plaintiff of equal Protection Due Process of Law.

## SECOND CAUSE OF ACTION

(8) On/About <u>JUNE 7,2023</u>, This Plaintiff states as his claim upon which relief should be granted is based upon the fact. The Defendant(s) Unknown Oakland Co Sheriff Dept Officer(s) et al unlawfully arrested, transported, and committed this Plaintiff at

4

Saint Joseph's Hospital at 44405 Woodward Ave, Pontiac, Mich 48341. Instead of as Ordered at Defendant Common Ground in Pontiac, for a psychological evaluation and being involuntary forced into non-consensual treatment/medication that was not supported/based upon by probable cause, or being a danger to self or the public. After this Plaintiff engaging in his First Amendment Right to Free Speech for writing the Defendants Unknown Oakland Co Commissioner's et al letters, complaints, and free speech that the Defendants Unknown Oakland Co Commissioner's et al were corrupt, engaged in treason, misappropriating county funds etc. Said Defendants et al violated and conspired violate this Plaintiff's Rights to Free Speech, Liberty, and deprive this Plaintiff of equal Protection Due Process of Law.

## DEMAND FOR JURY TRIAL

(9) This Pro Se Plaintiff states that he has stated a claim upon which relief should be granted against any/all of the Plaintiff's herein Federal Claims For Action, and that a reasonable Juror would rule/decide in Plaintiff's favor that Defendant(s) et al while acting under and outside the color of law blatantly violated Plaintiff's clearly established Federal Civil Rights, Federal Constitutional Rights and demands a Jury Trial. FRCVP Rule 38.

## RIGHT TO AMEND

(10) This Plaintiff reserves the Right to Amend the herein Federal Complaint For Civil Action as may be required under FRCP, Federal Statute, and in the Interest of Justice. FRCP Rule 15. As well as introduce "Similar Acts" of recent Routine Practice of Federal Civil Rights violations committed by the Defendants et al in violation of

5

clearly established Federal Law as determined by the U.S. Supreme Court.

WHEREFORE, This Plaintiff prays that this Honorable United States District Court For Eastern District of Michigan, Southern Division honors/grants Pro Se Plaintiff's Federal Complaint For Civil Action, pursuant to 42 U.S.C. 1981, 1983, 1985, 1986, Federal Common Law, and/or other applicable Federal Statutes. Since this Plaintiff has stated a claim upon which relief should/can be granted, and that there is a reasonable probability that a Jury would reasonably rule in Plaintiff's favor that the Defendants et al violated, and/or conspired to violate this Plaintiff's clearly established Federal Constitutional Rights to Life, Liberty, Free Speech, Pursuit of Happiness, Due Process, and Right to Property without Due Process of Law, protected under Equal Protection of Law under the First, Sixth, Eighth, and Fourteenth Amendments of the U.S. Constitution and Federal Law as determined by the U.S. Supreme Court; and:

Further, This Plaintiff's seeks/demands any/all of the following:

(A) That this Honorable US District Court issue both Declaratory and Injunctive relief to Plaintiff on any/all Claims For Action asserted by this Plaintiff against Defendants et al acting <u>within</u> their Judicial-Capacities and found to be following Federal/State Law; Policy/Procedure; and not violating this Plaintiff's clearly established Federal Civil Rights, and Federal Constitutional Rights.

(B) That this Honorable US District Court issue both Declaratory and Injunctive relief to Plaintiff on any/all Claims For Action asserted by Plaintiff against Defendants et al from acting <u>within</u> their Judicial-Capacities, and Order Defendants et al from committing

6

any further acts of Discrimination, Retaliation, Harassment, Coercion, and Intimidation of Plaintiff's, Witnesses, and Family/Friends for being engaged in exercising this Pro Se Plaintiff's clearly established Federal Civil Rights and/or Federal Constitutional Rights to Seek Redress from the Government/Courts under Due Process of Law by filing the herein meritorious Federal Civil Action Complaint;

   (C) That this Honorable US District Court Judge should issue an "ORDER For Preliminary Injunctive Relief" against Defendants et al from any further imminent "retaliation, harassment, coercion, threats, and intimidation" against Plaintiff for being lawfully engaging in exercising his Federal Constitutional Right to Liberty, Free Speech, under Equal Protection of Law, and Due Process of Law Seeking Redress against/from the Government/Courts" by filing this Federal Complaint For Civil Action as protected under Federal Laws, and protected the 1st and 14th Amendments of the US Constitution as determined by the US Supreme Court;

(D) That this Honorable US District Court issue ORDER for Jury Trial for the herein Plaintiff, in order, to actual, compensatory, treble, and/or punitive damages from the Defendants et al in the sum of $10,000,000(ie, Ten Million Dollars) on any/all Federal Claims For Action asserted by this Pro Se Plaintiff against any/all Defendant(s) found to be acting <u>OUTSIDE</u> their Official-Capacities, and/or in their Individual-Capacities for violating clearly established Federal Laws; State Laws, Customs, Policies, Procedures, and this Plaintiff's clearly established Federal Civil Rights protected under Federal Law for blatantly violating and/or conspiring to violate this Pro Se

7

Plaintiff's clearly established Federal Laws, State Laws, Customs, Policies, protected under 42 U.S.C. 1981 et seq through 42 USC 1986 et seq; Federal Common Law, and the First and Fourteenth Amendments of the United States Constitution, as determined by the U.S Supreme Court, as all circumstances should dictate and Justice would so demand.

Date: 8/19/24                                   Respectfully Submitted,


XC: File                                          /SS/    JOHN BUHL
                                                PLAINTIFF FILING IN PRO SE
                                                JOHN BUHL
                                                4356 LOTUS DRIVE
                                                WATERFORD, MICH 48329
                                                (248) 202-0545